NO# PD-0424-15

In the
Court of Criminal Appeals

Oliver K. Hughes
- VS -
State of Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 15 2015

Abel Acosta, Clerk

From APPEAL NO# 01-14-00173-CR
Trial Cause No# 1348998

FILED IN
COURT OF CRIMINAL APPEALS

APR 17 2015

Abel Acosta, Clerk

First Motion For Extension of Time To File:
Petition For Discretionary Review.

To The Honorable JUDGES OF The "Court OF Criminal APPEALS".
Comes Now, Oliver K. Hughes #1929487, Petitioner, And files this motion for An extension of (60) sixty days In Which to file A "Petition For Discretionary Review". IN support of this motion, Appellant show the Court the following:

I.

The petitioner Was Convicted In the 339th District Court of HARRIS CO., TEXAS., of the offense of "Aggravated Robbery with a Deadly WEAPON" IN CAUSE No# 1348998, Styled (State of TEXAS -VS- Oliver K. Hughes). The Petitioner Appealed to the "Court of APPEALS" (9-25-2014), (1st) district At Houston, TEXAS. The CASE WAS (Affirmon (3-26-2015).

## II.

The present deadline for filing the "Petition For Discretionary Review" is (4-24-2015). The "Petitioner" has not requested any extension prior to this request.

## III.

"Petitioner's" Request for an extension is based on the following facts:

① Petitioner was not informed of the decision of the (Court of Appeals) in affirming his case until (3-31-2015). "Reason stated" is that, defendant is currently incarcerated in a (penal institution) and had to receive the communication by mail.

② His attorney on the (direct appeal), MARK C. KRATOVIL, BAR NO. #24076098, has informed the Petitioner that he will not be representing him on the "Petition For Discretionary Review".

## IV.

Out of an abundance of caution, and as a pratical matter, every-thing appurtenant to "Tx. R. App. Proc". Rules (10.5 (b), (49.8) is contained in this (motion) for "First motion for extension of Time To File "Petition For Discretionary Review".

Wherefore, Petitioner prays that this Court grants this motion and extend the (deadline) for filing the "Petition For Discretionary Review" In case No. # 01-14-00173-CR to 1348998.

Mr. Oliver K. Hughes
Tx. Dept. Crim. Justice
"French Robertson Unit"
(TDCJ) - I.D. #1929487
Abilene, Tx. 79601

## Certificate of Service

I certify that a true and correct copy of the above and foregoing (First Motion for Extension of Time to File A "Petition For Discretionary Review"), has been forward by U.S. Mail, postage prepaid, first class to the Attorney for the state Joshua Phanco, At 1201 Franklin St. Suite #600, Houston, Tx. 77002, and to the state Prosecuting Attorney, P.O. Box 12405, Austin, Tx. 78711 on this day of April 13, 2015.

_M. Oliver K. Hughes_
Petitioner, Pro Se

I Oliver K. Hughes, (TDCJ) #1929487, being presently Incarcerated in the "French Robertson unit" of the (Tx. Dept. Crim. Justice) in Abilene, Tx., verify and declare under penalty of perjury that the foregoing statements are true and correct.

Executed on this the 13th, day of April, 2015

_M. Oliver K. Hughes_
Petitioner Pro Se
(TDCJ) - I.D. #1929487
Abilene, Tx. 79601